# UNITED STATES DISTRICT COURT
for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2026

SEAN F. MCAVOY, CLERK

#

**UNITED STATES OF AMERICA**

**v.**

**SALIM GHULAM NABI**

**Case No. 2:26-MJ-00575-JAG**

## CRIMINAL COMPLAINT

I, P. Justin Alder, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about May 20, 2026 in the county of Spokane in the Eastern District of Washington, the defendant, Salim Ghulam Nabi, violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 21 United States Code, Section 841(a),(b)(1)(C) | Distribution of Cocaine |
| Title 21 United States Code, Section 843(b) | Use of Communication Facility in Felony Act Related to Controlled Substances |

This complaint is based on these facts:

☑ Continued on the attached sheet.

Justin Alder
*Complainant's signature*

P. Justin Alder, United States Postal Inspector
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

James A. Goeke
*Judge's signature*

Date: September 24, 2026

City and state: Spokane, Washington

James A. Goeke, United States Magistrate Judge
*Printed name and title*