*AUSA Assigned: ACT*

*County of Investigation: Spokane*

*In Re: Criminal Complaint for Salim Ghulam NABI*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2026

SEAN F. MCAVOY, CLERK

**AFFIDAVIT**

**2:26-MJ-00575-JAG**

STATE OF WASHINGTON )
) ss
Spokane County )

**AFFIDAVIT IN SUPPORT**

I, P Justin Alder, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND DEPUTY BACKGROUND**

1. This affidavit is support of a criminal complaint seeking the arrest of Salim Ghulam NABI for violating 21 U.S.C. §§ 841(a), (b)(1)(C), 846, Attempted Possession with Intent to Distribute Cocaine, and 21 U.S.C. § 843(b), Use of Communication Facility in Felony Act Related to Controlled Substance.

2. I am a Federal Agent with the United States Postal Inspection Service and have been so employed since 2020. I am currently assigned to the Seattle Division, Spokane Domicile, and am responsible for investigating controlled substance violations involving the United States Mail. In this capacity I have received specialized training in investigations involving the transmission of controlled substances or the proceeds from the sale of controlled substances

through the United States mail. I have also received training on the identification of controlled substances and interdiction of controlled substances.

3. The facts set forth below are based upon (1) my own personal observations; (2) reports and information provided to me by other law enforcement agents or government agencies; (3) evidence collected through investigative operations. Because this affidavit is being submitted solely for establishing probable cause to support a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have only set forth facts necessary to support the authorization of the requested arrest warrant and criminal complaint.

## INVESTIGATION

4. United States Postal Inspection Services ("USPIS"), in conjunction with other law enforcement agencies, have been conducting a drug investigation into Salim Ghulam NABI ("NABI"), who is believed to be operating as a dark web controlled substance vendor based in Spokane. NABI is suspected of shipping thousands of cocaine parcels destined for all fifty states, the district of Columbia, and numerous different countries.

*Background*

5. In early 2026, I learned of an HSI Houston investigation involving the online vendor/persona known as "NiccoloMachiaveli", "Machiaveli Limited", and

"Machiaveli Ltd." (hereinafter "Machiaveli"). These accounts were associated to the email address salimghulam@icloud.com.

6. A search of the email address salimbghulam@icloud.com in USPS business records identified multiple associate accounts:

a. USPS account 297218118 is registered to Salim Ghulam NABI at 3724 N. Cook St., Apt. L150, Spokane, WA 99207. Phone number (509)558-0298 and email address salimghulam@icloud.com.

b. USPS account 304898510 is registered to Salim Ghulam NABI at 13506 E. Broadway Ave. Apt. B305, Spokane Valley, WA 99216. Phone number (509) 558-0298 and email address salimghulam@icloud.com.

c. USPS account 418481741 is registered to Salim NABI at 849 E. Magnesium Rd. Apt. G304, Spokane, WA 99208. Phone number (509) 558-0298 and email address salimghulam@icloud.com.

d. USPS account 374912971 is registered to NABI at 525 N. Michigan Rd. Apt. A107, Spokane Valley, WA 99016. Phone number (509) 558-0298 and email address salimghulam@icloud.com.

7. I reviewed dark web posts from Drughub, Dark Matter, the Dread forum and the MachiaveliLimited private store. These posts indicated that Machiaveli has been selling cocaine on the dark web since approximately November 2022 through numerous markets including Abacus, Archetype, Bohemia, Dark Matter, Drug Hub, Incognito, M00nkey Market, and SuperMarket and has thousands of orders. These posts explained USPS shipping options and

packaging methods consistent with those identified throughout the investigation.

8. Machiaveli is responsible for thousands of mailings from approximately 2024 through the present. A post from Machiaveli on the dark web Dread forum encourages customers to buy directly from him (as opposed to via a third-party marketplace) by emailing machiavelilimited@protonmail.com. This email address is also registered to NABI[1].

9. On May 14, 2026, law enforcement made an undercover purchase of "Medallin cartel Era Ether Washed Cocaine" sold by "Machiavelilimited" with Monero cryptocurrency on the MachiaveliLimited dark web private store.

10. On May 20, 2026, law enforcement recovered and opened the following parcel:

a. USPS Priority Mail Parcel 9305 5208 4550 0002 0843 03 sent from "A&D INC. 502 N. Jefferson Lane, Spokane, WA 99201" with a label date of May 15, 2026 from 99201 ZIP Code.

b. Approximately 11 grams of a white powdery substance was recovered from the parcel. The substance was field tested with a "TRUNARC", a narcotic analyzing device, resulting in a presumptive positive for cocaine.

11. On May 19, 2026, the parcel was scanned as "Accept or Pickup" at or near 502 N. Jefferson Lane Unit 302, Spokane WA 99201 (hereinafter "Jefferson

---

[1] Per Apple, Inc. records obtained via Grand Jury Subpoena.

Address").

12. The Jefferson Address is believed to be one of the residences associated to NABI. Washington Trust Bank records indicate that an account associated with NABI is making monthly rent payments to "Jefferson Alley." Additionally, Avista records show that NABI has received services at Jefferson Address since December 2025. NABI has also been surveilled traveling to the Jefferson Address on multiple occasions.

13. The postage for the parcel was paid for via Shippo, a third-party postage provider. Shippo records indicate that account 21339095 registered to "Jorge Calleja" with email address ricksamson23@proton.me created the postage label for this parcel.

14. Shippo records also indicate that account 21339095 has created postage for numerous parcels. On May 11, 2026, the same IP address used to access Shippo account 2133095 was also used to track USPS parcel 9305 5208 4550 0001 1146 67 sent from California to NABI at 849 E. Magnesium Rd. Apt. G304, Spokane, WA 99208 (hereinafter "Magnesium Address").

15. The Magnesium Address is believed to be the primary residence of NABI. NABI has a current two-year lease from August 2025 to August 2027 at the Magnesium Address. Additionally, USPS business records show that NABI receives mail at this address. NABI has been surveilled at the Magnesium Address

on numerous occasions.

**CONCLUSION**

16. Based upon the above facts, I believe probable cause to believe that on or about May 20, 2026, NABI committed the offense of Distribution of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and Use of Communication Facility in Felony Act Related to Controlled Substance, in violation of 21 U.S.C. § 843(b).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully Submitted,

Justin Alder

P. Justin Alder
Postal Inspector
United States Postal Inspection Service

Subscribed electronically and sworn to telephonically on this 24th day of September, 2026.

James A. Goeke

Honorable James A. Goeke
United States Magistrate Judge