ECF No. 4

AO 442 (11/11) Arrest Warrant

UNITED STATES DISTRICT COURT
For The
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES OF AMERICA )
v. )
SALIM GHULAM NABI )
*Defendant* )

Case No. 2:26-MJ-00575-JAG

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE HEREBY COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay, *Salim Ghulam NABI,* who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court.

The offense is briefly described as follows:

In violation of Title 21, United States Code, Section(s) 841(a)(1), (b)(1)(C)

In violation of Title 21, United States Code, Section(s) 843(b)

Date: September 24, 2026

*Issuing officer's signature*

City and state: Spokane, Washington

James A. Goeke, United States Magistrate Judge

**Return**

This warrant was received on 9/24/2026, and the person was arrested on 9/23/2026

at *(city and state)* Spokane, WA.

Date: 9/24/2026

*Arresting officer's signature*

Justin Alder - Postal Inspector

*Printed name and title*